cided October 11, 1920. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Martin Conboy* for petitioner.

No. 192. MARY L. GREER CONKLIN *v.* GEORGE H. CONKLIN ET AL. Appeal from the District Court of the United States for the Southern District of Georgia. Argued October 12, 1920. Decided October 18, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *United Surety Co.* v. *American Fruit Co.,* 238 U. S. 140, 142; *Sugarman v. United States,* 249 U. S. 182, 184. *Mary L. Greer Conklin* pro se. *Mr. William M. Howard,* with whom *Mr. Jos. B. Cumming, Mr. J. C. C. Black, Mr. William H. Barrett, Mr. Bryan Cumming, Mr. C. Henry Cohen* and *Mr. W. G. Brantley* were on the brief, for appellees.

No. 353. MARY L. GREER CONKLIN *v.* AUGUSTA CHRONICLE PUBLISHING COMPANY. Appeal from the District Court of the United States for the Southern District of Georgia. Argued October 12, 1920. Decided October 18, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *United Surety Co.* v. *American Fruit Co.* 238 U. S. 140, 142; *Sugarman* v. *United States,* 249 U. S. 182, 184. *Mary L. Greer Conklin* pro se. *Mr. Benjamin Pierce,* with whom *Mr. William H. Barrett* was on the brief, for appellee.

No. —, Original. *Ex parte:* IN THE MATTER OF UNION TOOL COMPANY, PETITIONER. Submitted October 5, 1920.